UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATASHA MATELJEVIC | CIVIL ACTION NO. |
| | 3:14-cv-557(AWT) |
| VS. | |
| YALE UNIVERSITY | AUGUST 25, 2014 |

## MOTION TO DISMISS

The defendant, Yale University ("the University"), moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the two-count Complaint for retaliation in violation of 42 U.S.C. § 2000e-1 et seq. and retaliation in violation of General Statutes § 46a-60 et seq. filed by the plaintiff, Natasha Mateljevic. The First Count for retaliation in violation of 42 U.S.C. § 2003-1 et seq. and the Second Count for retaliation in violation of General Statutes § 46a-60 et seq. are time-barred, as they are based on events that allegedly occurred *ten years ago*, and the plaintiff's complaints filed with both the Equal Employment Opportunity Commission and the Commission on Human Rights and Opportunity, which were based on those events, were dismissed as untimely. Additionally, both Counts should be dismissed for failing to state claims because neither Count alleges that the plaintiff engaged in any protected

activity—a required element of a cause of action for retaliation under both § 46a-60 et seq. or 42 U.S.C. 2000e-1 et seq.

    As set forth more fully in the accompanying memorandum of law, the Court should dismiss the plaintiff's Complaint.

THE DEFENDANT

By: _____
Kevin C. Shea (ct13781)
Clendenen & Shea, LLC
400 Orange St.
New Haven, CT 06511
Tel: 203/787-1183
Fax: 203/787-2847

CERTIFICATION:

    This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 25th day of August 2014.

_____
CLENDENEN & SHEA, LLC